08-15-00227-CR
08-15-00228-CR
08-15-00229-CR
08-15-00230-CR

KARREN K. JONES COURT REPORTING, INC.
4259 Balboa Drive
Fort Worth, Texas  76133
Cell phone (214) 500-4255   Work (214) 653-5908

FILED IN
8th COURT OF APPEALS
EL PASO, TEXAS
12/14/2015 2:37:00 PM
DENISE PACHECO
Clerk

December 10, 2015

Court of Appeals                    In re:  05-1-00736-CR
Fifth District of Texas            Vanesa Aguilar vs. Texas
500 East Commerce Street
Dallas, Texas  75207

Court of Appeals                    In re:  08-15-00229-CR
Eighth District of Texas           Ramiro Aguilar vs. Texas
500 East San Antonio Ave.
Ste. 1203l
El Paso, TX  79901

To the Honorable Courts:

        The respective Courts have ordered the filing of a DVD admitted into evidence in a motion to suppress in connection with above-referenced matters on appeal. Following the motion to suppress, the DVD was turned back over to the prosecutor for the upcoming trial, which was to be held in a separate court.  The cases were tried together, but the DVD was not admitted into evidence in either case.  I made contact with the prosecutor who tried the case and was told the file would be retrieved from archives. However, I have received no other contact with the prosecutor, despite several follow-up phone calls.

        I am, therefore, respectfully requesting an extension of time to retrieve the DVD, copy and convert, if possible, the DVD and send to each respect Court.  I cannot specify a time limit because I cannot move forward until I am in possession of the evidence.

Respectfully submitted,

Karren K Jones

Karren K. Jones, CSR